

Exhibit 000001