UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MATTHEW SOUTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 1:20-cv-1295 (TSE/JFA) |
| | ) |
| C.T. IRBY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### **DEFENDANTS' RULE 26(a)(3) DISCLOSURES**

COMES NOW the Defendants, C.T. Irby, Deputy Jacobs and Corporal McCauley (collectively "Defendants"), by their undersigned counsel, by and through their counsel, and submit the following pre-trial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3) and the Scheduling Order entered in this case:

**I.    Witnesses Whom Defendants Expects to Testify:**

1. C.T. Irby
   c/o Cook Craig & Francuzenko, PLLC
   3050 Chain Bridge Road, Suite 200
   Fairfax, VA 22030

2. Lucas Jacobs
   c/o Cook Craig & Francuzenko, PLLC
   3050 Chain Bridge Road, Suite 200
   Fairfax, VA 22030

3. Andrew McCauley
   4597 Gates Road
   Warrenton, VA 20187

4. Matthew Souter
   4597 Gates Road
   Warrenton, VA 20187

**II.** **Witnesses Whom Defendant May Call to Testify:**

5. Sherwood Franklin Prescott
   7353 John Marshall Hwy
   The Plains, VA 20198

6. Linda Whitner
   c/o ManorCare Health Services
   12475 Lee Jackson Memorial Hwy
   Fairfax, VA 22033
   (703) 728-6550 cell

7. Joseph Smallwood
   65 W Church St.
   Martinsville, VA 24112

8. Kristin O'Leary (UVA Hospital)
   2841 Hartland Rd
   Suite 401b
   Falls Church, VA 22043

9. Debbie Sprouse
   545 Ray C. Hunt
   3rd Floor Suite 316
   Charlottesville, VA 22903

10. Jennifer Dean
    545 Ray C. Hunt
    3rd Floor Suite 316
    Charlottesville, VA 22903

11. Custodian of Records
    Fauquier Health Physical Therapy and Rehabilitation (Fauquier Hospital)
    253 Veterans Dr.
    Warrenton, VA 20186

12. Custodian of Records
    University of Virginia Health System
    1215 Lee Street
    Charlottesville, VA 22908

13. Custodian of Records
    Fauquier Free Clinic, Inc.
    35 Rock Pointe Lane
    Warrenton, VA 20186

14. Custodian of Records
    Fauquier Health Physician Services
    550 Hospital Drive
    Warrenton, VA 20186

15. Defendant reserves the right to call any witnesses listed by Plaintiff.

16. Defendant reserves the right to call any impeachment or rebuttal witnesses.

17. Defendant reserves the right to object to portions of the testimony offered by any witness on this list.

18. Defendant reserves the right to supplement this list if any witnesses are discovered after the filing of this Witness list.

**III. Exhibits Which Defendant Expects to Offer into Evidence:**


**IV. Exhibits Which Defendant May Offer into Evidence:**

1. Text Messages between Plaintiff and "Berk Lee" (Plaintiff's 1309 – 1322).

2. Text Messages between Plaintiff and "BJ Christian" (Plaintiff's 1323 – 1331).

3. Text Messages between Plaintiff and "Bruce Irino" (Plaintiff's 1336).

4. Text Messages between Plaintiff and "Des Walton" (Plaintiff's 1337 – 1338).

5. Text Messages between Plaintiff and "Joe Statter" (Plaintiff's 1339).

6. Text Messages between Plaintiff and "Kim Hume" (Plaintiff's 1340 – 1341).

7. Text Messages between Plaintiff and "Marshall Lavinus" (Plaintiff's 1342).

8. Text Messages between Plaintiff and "BJ Christian" (Plaintiff's 1343).

9. Automatic Reply from Fox5tips to Plaintiff dated July 7, 2019 (Plaintiff's 1360 – 1361.

10. Email from Plaintiff to Fox News dated July 7, 2019 (Plaintiff's 1362 – 1363).

11. Email from Plaintiff to Jim Palermo Dated May 22, 2019 (Plaintiff's 1364 – 1370).

12. Plaintiff's Facebook post dated July 10, 2019 (Plaintiff's 1380).

13. Plaintiff's Facebook post dated July 4, 2019 (Plaintiff's 1381).

14. Plaintiff's Facebook post dated May 16, 2019 (Plaintiff's 1385).

15. Plaintiff's Facebook post re: fund raiser (Plaintiff's 1391).

16. University of Virginia Health System Record – Visit Date 10/3/2019 (Plaintiff's 4059 – 4061).

17. University of Virginia Health System Record – Date of Service 1/2/2020 (Plaintiff's 4048 – 4051).

18. Fauquier Hospital Department of Physical Medicine and Rehabilitation Record – Date of Service July 2, 2019 (Plaintiff's 4287 – 4291).

19. Fauquier Free Clinic Record – 2/24/2021 (Plaintiff's 5021 – 5024).

20. Fauquier Free Clinic Record – 2/04/2021 (Plaintiff's 5048 – 5051).

21. Fauquier Free Clinic Record – 1/05/2021 (Plaintiff's 5060 – 5064).

22. Fauquier Free Clinic Record – 11/24/2020 (Plaintiff's 5105 – 5110).

23. Fauquier Health Physician Service – Encounter date 12/8/2020 (Plaintiff's 3000 – 3007).

24. Defendant reserves the right to use any impeachment or rebuttal Exhibits.

25. Defendant reserves the right to object to portions of the Exhibits that are contained on this Exhibit List.

26. Defendant reserves the right to amend this Exhibit List if any exhibits are subsequently discovered and/or prepared.

Respectfully Submitted,

_____/s/_____
Alexander Francuzenko, VSB #36510
Philip C. Krone, VSB #87723
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
T: (703) 865-7480
F: (703) 434-3510
alex@cookcraig.com
pkrone@cookcraig.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July 2021, I served a copy of the foregoing Defendants' Final Pre-Trial Disclosures upon the following via ECF:

Victor M. Glasberg, VSB 16184
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
703-684-1100 (tel.)
703-684-1104 (fax)
vmg@robinhoodesq.com

_____/s/_____
Alexander Francuzenko, VSB #36510
Philip C. Krone, VSB #87723
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
T: (703) 865-7480
F: (703) 434-3510
alex@cookcraig.com
pkrone@cookcraig.com
*Counsel for Defendant*