UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| MATTHEW SOUTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. #1:20-cv-1295 (TSE/JFA) |
| | ) |
| C. T. IRBY, *et al.* | ) |
| | ) |
| Defendants. | ) |

<u>CONSENT ORDER</u>

As stated in open count following the conclusion of trial in this case on August 18, 2022, plaintiff Matthew Souter has sixty days from the conclusion of trial to file for an award of attorney's fees and costs under 42 U.S.C. §1988 if the matter cannot be resolved by agreement among the parties.

Dated:  August ___, 2022                     _____
                                                                    United States District Judge

<u>Certificate of Service</u>

  I, Victor M. Glasberg, hereby certify that on this 19th day of August 2022, I electronically filed the foregoing Consent Order with the clerk's ECF system.

                 //s// Victor M. Glasberg
                 Victor M. Glasberg, #16184
                 Victor M. Glasberg & Associates
                 121 S. Columbus Street
                 Alexandria, VA  22314
                 703.684.1100 / Fax: 703.684.1104
                 vmg@robinhoodesq.com
                 Counsel for Plaintiff